UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDITH STERLING, individually and on behalf of all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGEWATER & ASSOCIATES, INC., BRIDGEWATER TITLE, LLC, DONNA L. JOHNSON, and LISA M. SCHULTZ, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. 1:12-cv-01024-WSD |

## PROPOSED DISCOVERY PLAN

Pursuant to this Court's request, Plaintiff Judith Sterling and Defendants BridgeWater & Associates *et al.* set forth the following proposed discovery plan:

1. The parties request that this Court stay discovery pending resolution of Plaintiff's motion for conditional certification, which will be filed on or before Wednesday, August 15, 2012.

2. The parties propose that if the motion for conditional certification is granted, that Defendants be ordered to produce a list of class members within two (2) weeks of the Court's order and that Plaintiff be granted a sixty (60) day notice

period following the two-week deadline.  The parties then propose that they be granted a four (4) month period in which to complete all discovery.

     3.    On the other hand, if the motion for conditional certification is denied, the parties propose that they be granted a four (4) month period in which to complete discovery following the date of this Court's order.

The parties have agreed to adhere to the above deadlines.

Respectfully submitted this 10th day of August, 2012.

For Plaintiffs:
/s/ Cheryl B. Legare
Cheryl B. Legare
Georgia State Bar No. 038553
cblegare@buckleyklein.com
Edward D. Buckley
Georgia State Bar No. 092750
edbuckley@buckleyklein.com
BUCKLEY & KLEIN, LLP
Promenade II, Suite 900
1230 Peachtree Street, NE
Atlanta, Georgia  30309
Telephone:  (404) 781-1100
Facsimile:  (404) 781-1101
Attorneys for Plaintiffs

For Defendants:         /s/ Steven J. Strelzik
                        Steven J. Strelzik
                        Georgia State Bar No. 687025
                        sstrelzik@sjslawga.com
                        Mary Trachian-Bradley
                        Georgia State Bar No. 774440
                        mtrachian@sjslawga.com
                        LAW OFFICES OF STEVEN J.
                        STRELZIK PC
                        Suite 1920
                        Six Concourse Parkway NE
                        Atlanta, Georgia  30328
                        Telephone:  (404) 237-5121
                        Facsimile:   (404) 266-3516
                        Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDITH STERLING, individually ) <br> and on behalf of all similarly ) <br> situated persons, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIDGEWATER & ASSOCIATES, ) <br> INC., BRIDGEWATER TITLE, LLC,) <br> DONNA L. JOHNSON, and ) <br> LISA M. SCHULTZ, ) <br> ) <br>     Defendants. ) <br> _____) | CIVIL ACTION <br> FILE NO. 1:12-cv-01024-WSD |

## **ORDER**

Having read and considered the Parties' **Proposed Discovery Plan** and for good cause shown, it is hereby **ORDERED** that the discovery is stayed pending this Court's ruling on Plaintiff's Motion for Conditional Certification and that the discovery period shall be four (4) months from the date of this Court's ruling upon Plaintiff's Motion for Conditional Class Certification or four (4) months from the end of notice period approved by this Court, whichever date may be in accordance

4

with this Court's ruling. All deadlines thereafter affected will be adjusted accordingly.

SO ORDERED, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE