# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUDI STERLING, individually and on behalf of all similarly situated persons, | CIVIL ACTION<br>File No.1:12-cv-01024-WSD |
| Plaintiffs, | |
| v. | |
| BRIDGEWATER & ASSOCIATES, INC., BRIDGEWATER TITLE, LLC, DONNA L. JOHNSON, and LISA M. SCHULTZ, | |
| Defendants. | |

## CONSENT MOTION TO STAY PROCEEDINGS

Plaintiffs file this Consent Motion requesting the Court's permission to stay proceedings for an additional period of fourteen (14) calendar days in an effort to pursue settlement showing the Court the following:

The Parties are continuing to engage in settlement discussions and expect to solidify a settlement for this Court's approval within the next fourteen (14) days. Plaintiffs and Defendants Donna Johnson and Lisa Schultz have conferred and agreed that an additional extension of the Stay period will not unduly delay the proceedings and will provide the necessary time frame to reach an agreement. Defendants Johnson and Schultz consent to this Motion. Wherefore, the Plaintiffs

request this Court Grant their Motion to stay all proceedings, to and including Friday, September 18, 2015, whereby the Parties expect to have a notification of settlement and settlement agreement to present to this Court.  A proposed Order is attached.

Respectfully submitted this 7th day of September, 2015.

For Plaintiffs:

s/ Edward D. Buckley
Edward D. Buckley
GA Bar No. 092750
edbuckley@buckleybeal.com
Paulding Chichester IV
GA Bar No. 189958
pchichester@buckleybeal.com
BUCKLEY BEAL, LLP
Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, Georgia  30309
Telephone:  (404) 781-1100
Facsimile:   (404) 781-1101

LEGARE, ATTWOOD, & WOLFE, LLC
Cheryl B. Legare
GA Bar No. 038553
cblegare@law-llc.com
400 Colony Square, Suite 1000
1201 Peachtree Street NE
Atlanta, Georgia 30361
Telephone:  (470) 823-4000
Facsimile:  (470) 201-1212
Co-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUDI STERLING, individually ) | |
| and on behalf of all similarly ) | CIVIL ACTION |
| situated persons, ) | File No.1:12-cv-01024-WSD |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BRIDGEWATER & ASSOCIATES, ) | |
| INC., BRIDGEWATER TITLE, LLC,) | |
| DONNA L. JOHNSON, and ) | |
| LISA M. SCHULTZ, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CONSENT MOTION TO STAY PROCEEDINGS** was filed with the Clerk of Court by using the CM/ECF system, which will automatically send documentation of such filing to the following attorneys of record:  Steven J. Strelzik and Mary Trachian-Bradley.

This 7th day of September, 2015.

> s/ Edward D. Buckley
> GA Bar No. 092750
> edbuckley@buckleybeal.com
> Counsel for Plaintiffs