# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JUDI STERLING,

               **Plaintiff,**

v.                                                                    1:12-cv-1024-WSD

BRIDGEWATER & ASSOCIATES, INC., et al.,

               **Defendants.**

## ORDER

The parties have advised the Court that the above case has settled. The parties are directed to file a stipulation of dismissal on or before October 30, 2015. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED**, this 29th day of September, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE